IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Millileen Broadwater, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:17-526-RMG |
| ) | |
| vs. ) | |
| ) | |
| Nancy A. Berrryhill, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation (R & R) on November 1, 2017, recommending that the decision of the Commissioner be reversed and remanded to the agency because of numerous errors by the Administrative Law Judge (ALJ), including a failure to consider the combined effects of Plaintiff's multiple impairments and to properly address evidence potentially supportive of Plaintiff's disability application. (Dkt. No. 21 at 31-42). The Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 22).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision

of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order. In light of the protracted nature of the administrative proceedings in this matter, now approaching five years, the Court directs that rehearing before the ALJ be held within 75 days of this order, a decision of the ALJ issued 30 days thereafter, and Appeals Council review be completed within 30 days after the ALJ's decision.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
November 16, 2017